UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ZUNIGA REYES and<br>DAVID LEON GARCIA<br><br>Defendants. | No. CR 05-00342-RMW<br><br>ORDER PRESERVING EVIDENCE |

Based on the stipulation between the parties and the potential need to produce the exhibits for trial, it is hereby ordered that the approximately 3,252.7 grams of methamphetamine seized by the U.S. Drug Enforcement Administration in this case on May 18, 2005 and booked into evidence as Exhibit #5 and 5A in DEA Case # RC-05-0006 be preserved and retained as evidence in this case pending further order of the court.

**IT IS SO ORDERED.**

DATED: 6/3/05

PATRICIA V. TRUMBULL
United States Magistrate Judge

**ORDER PRESERVING EVIDENCE**