FILED

JUN 06 2005

CLERK
NORTHERN DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00342-RMW |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF THE COURT EXCLUDING TIME** |
| DAVID LEON GARCIA, | ) | |
| Defendant. | ) | |

The above-captioned case came before the court on Friday, June 3, 2005 at 9:30 a.m. The defendant David Leon Garcia was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

Upon request of the government and the defendant, the court hereby sets this case for initial appearance in district court before the Honorable Ronald M. Whyte and for further proceedings to take place on Monday, June 20, 2005 at 9:00 a.m. The court also sets this case for continued detention hearing on Thursday, June 9, 2005 at 11 a.m. before the Honorable Patricia V. Trumbull.

ORDER CR 05-00342-RMW

Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from June 3, 2005 through and including June 20, 2005, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of counsel for the defendant to review discovery to be provided imminently to him by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED: 6/6/05

PATRICIA V. TRUMBULL
United States Magistrate Judge

Copies to be served on:

John N. Glang, AUSA
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA  95113

Peter Leeming, Esq.
108 Locust Street, Suite 7
Santa Cruz, CA 95060