KEVIN V. RYAN (CSBN 118321)
United States Attorney

EMUI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/29/05*

ORDER TO EXCLUDE TIME
CR 05-00342 RMW

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA,           ) | No. CR 05-00342 RMW |
| 2 | Plaintiff,                          ) | |
| 3 | v.                                  ) | ORDER EXCLUDING TIME |
| 4 |                                     ) | FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) |
| 5 | DANIEL ZUNIGA REYES and DAVID LEON GARCIA, ) | & 3161(h)(8)(B)(iv)) |
| 6 | Defendants.                         ) | |

     On June 20, 2005, the parties appeared before the Court for an initial appearance. At the hearing, Assistant United States Attorney Susan Knight informed the Court that the government had recently turned over discovery and therefore, Peter Leeming, who represents defendant Garcia and Alex Reisman, who represents defendant Reyes, would need time to review it. In addition, Mr. Leeming explained that some of the discovery was in Spanish and would need to be translated into English. Therefore, the parties jointly requested that the case be continued until September 26, 2005 in order for effective preparation of both defense counsel and to accommodate their schedules. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act from June 20, 2005 until September 26, 2005 was appropriate based on the defendant's need for effective preparation of counsel and for continuity of counsel.

SO STIPULATED.                              KEVIN V. RYAN
                                            United States Attorney

DATED:_____            _____/S/_____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney


DATED:_____            _____/S/_____
                                            PETER A. LEEMING
                                            Counsel for David Garcia


DATED:_____            _____/S/_____
                                            ALEX REISMAN
                                            Counsel for Daniel Reyes

     Accordingly, the Court HEREBY ORDERS that a status hearing be scheduled for September 26, 2005 at 9:00 a.m.

ORDER TO EXCLUDE TIME
CR 05-00342 RMW                             2

1   The Court FURTHER ORDERS that the time between June 20, 2005 and September 26,
2  2005 is excluded under the Speedy Trial Act.  The Court finds that the failure to grant the
3  requested continuance would deny the defendants effective preparation of counsel.  The Court
4  finds that the ends of justice served by granting the requested continuance outweigh the best
5  interest of the public and the defendants in a speedy trial and in the prompt disposition of
6  criminal cases.  The Court therefore concludes that this exclusion of time should be made under
7  18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
8  IT IS SO ORDERED.

10   6/29/05                                             /S/ RONALD M. WHYTE
    Dated                                                 RONALD M. WHYTE
11                                                        United States District Judge