KEVIN V. RYAN (CABN 118321)
United States Attorney

EUMI L. CHOI (WVABN 0722)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/6/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00342-RMW |
|        Plaintiff, ) | |
|    v. ) | STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |
| DAVID LEON GARCIA, ) | |
|        Defendant. ) | |

     IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for February 13,, 2006 at 9:00 a.m. be vacated and rescheduled for Monday, February 27, 2006 at 9:00 a.m.  The parties further stipulate that the court may exclude the period of time from February 13, 2006 through and including February 27, 2006 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

It is so stipulated.

Dated:   02-02-06

/S/
_____
JOHN N. GLANG
Assistant U.S. Attorney

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 05-00342-RMW**

1 | Dated: ____02-02-06_____    /S/
2 |                              _____
                                 ROBERT W. LYONS
3 |                              Attorney for David Leon Garcia

4 | **ORDER**

5 | Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this
6 | case, previously scheduled for February 13, 2006 at 9:00 a.m., be vacated and rescheduled for
7 | Monday, February 27, 2006 at 9:00 a.m.
8 | Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of
9 | time from February 13, 2006 through and including February 27, 2006 from the computation of
10 | the period of time within which the trial must commence.  The court FINDS that the ends of
11 | justice served by the delay outweigh the best interest of the public and the defendant in a speedy
12 | trial.  The court bases this finding on the need to afford counsel for the defendant additional time
13 | to review discovery provided by the government and to engage in settlement discussions with the
14 | government and as time necessary for effective preparation, and to ensure continuity of counsel
15 | due to counsel for the defendant's previously scheduled vacation plans to be in Hawaii on
16 | February 13, 2006 and his recently-concluded lengthy homicide jury trial in Alameda County
17 | Superior Court, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

18 | It is so ordered:
19 | Dated: __2/6/06_____                _/S/ RONALD M. WHYTE_____
20 |                                          RONALD M. WHYTE
                                             United States District Judge