1  ROBERT W. LYONS (CABN 45548)
   LAW OFFICES OF ROBERT W. LYONS
2  295 WEST WINTON AVENUE
   HAYWARD, CA 94544
3  Telephone: 510-782-6161
   Facsimile: 510-782-3519
4
5  Attorney for Defendant
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
            SAN JOSE DIVISION
10
11

| 12 | UNITED STATES OF AMERICA, | Case No.: CR 05-00342-RMW |
|----|---------------------------|---------------------------|
| 13 | Plaintiff, | STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |
| 14 | vs. | |
| 15 | DAVID LEON GARCIA, | |
| 16 | Defendant | |

17

18  IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently

19  scheduled for February 27, 2006 at 9:00 a.m. be vacated and rescheduled for Monday, March 13,

20  2006 at 9:00 a.m. The parties further stipulate that the court may exclude the period of time

21  within which the trial must commence for the reasons set forth in the proposed order below.

22  It is so stipulated.

23  Dated: February 24, 2006

                                          _____
24                                        JOHN N. GLANG
                                          Assistant U.S. Attorney
25

STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME - 1

FILED
MAR - 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FEB 24 2006

Dated: February 24, 2006

ROBERT W. LYONS
Attorney for David Leon Garcia

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for February 27, 2006, at 9:00 a.m., be vacated and rescheduled for Monday, March 13, 2006 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161 (h), the court excludes the period of time from February 27, 2006 through and including March 13, 2006 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on a need to afford counsel for the defendant additional time to review the discovery provided by the government and to engage in settlement discussions with the government and as time necessary for effective preparation, and to ensure continuity of counsel due to counsel for defendant's recent return from Hawaii on February 20, 2006 and his conflicting calendar on an appearance Monday, February 27, 2006 in the United States District Court, Northern District of California, San Jose Division case (U.S.A. v. Juan Cerna-Perez) before Ronald M. Whyte, United States District Judge, within the meaning of 18 U.S.C. Section 3161 (h)(8)(B)(iv).

It is so ordered:
Dated: 3/2/06

RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME - 2