1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5084
7      Fax: (408)-535-5066

8  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION
                                                *E-FILED - 7/12/06*

UNITED STATES OF AMERICA,        )    No. CR 05-00342-RMW
                                 )
            Plaintiff,           )
                                 )    STIPULATION AND ORDER
       v.                        )    RESCHEDULING SENTENCING
                                 )    HEARING
DAVID LEON GARCIA,               )
                                 )
            Defendant.           )
                                 )

       Because the United States Probation Office has not yet completed the draft Presentence Report (PSR) in this case, IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, currently scheduled for Monday, July 24, 2006 at 9:00 a.m. be continued and a new sentencing hearing date of Monday, October 23, 2006 at 9:00 a.m. is hereby set.

It is so stipulated.

Dated: __7/6/06_____              _____/S/_____
                                         JOHN N. GLANG
                                         Assistant U.S. Attorney

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00342-RMW**

It is so stipulated:

Dated: ____07/7/06_____                    _____/S/_____
                                                ROBERT W. LYONS, ESQ.
                                                Attorney for David Leon Garcia


It is so ORDERED:

Dated: __7/12/06_____                         /S/ RONALD M. WHYTE_____
                                                RONALD M. WHYTE
                                                United States District Judge

**STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**
**CR 05-00342-RMW**                             2