1  ROBERT W. LYONS (CABN 45548)
2  LAW OFFICES OF ROBERT W. LYONS
   295 West Winton Avenue
3  Hayward, California 94544
   Telephone (510) 782-6161
4

**E-Filing**

5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7                         SAN JOSE DIVISION

*E-FILED - 10/18/06*

8

9  UNITED STATES OF AMERICA,        ) Case No.: CR 05-00342-RMW
                                    )
10          Plaintiff,               ) STIPULATION AND ORDER RESCHEDULING
                                    ) SENTENCING HEARING
11     vs.                           )
                                    )
12  DAVID LEON GARCIA,               )
                                    )
13          Defendant.               )
                                    )
14  _____

15      IT IS HEREBY STIPULATED between the parties and based upon such
16  stipulation it is hereby ordered, that the defendant's sentencing hearing,
17  currently scheduled for Monday, October 23, 2006 at 9:00 a.m. be continued
18  and a new sentencing hearing date of Monday, November 27, 2006 at 9:00 a.m.
19  is hereby set.  The reason for this stipulation is because Robert W. Lyons,
20  Attorney for defendant, is getting married, and will be on his honeymoon from
21  Wednesday, October 4, 2006 to Friday, October 13, 2006 in Honolulu, Hawaii.
22  Upon his return, Mr. Lyons will not have adequate time to investigate and
23  respond to issues presented in the presentence report received on September
24  11, 2006.  In addition, the parties have agreed to a possible cooperation
25  between the authorities and the defendant.

1 | It is so stipulated.

2 | Dated: 9-18-06

*[signature]* Robert W. Lyons for:

JOHN N. GLANG
Assistant United States Attorney

per phone conversation 9/18/06

6

7 | It is so stipulated:

Dated: 9-18-06

*[signature]* Robert W. L.

ROBERT W. LYONS
Attorney for David Leon Garcia

9 | It is so ORDERED:

10 | Dated: 10/18/06

/S/ RONALD M. WHYTE

RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING   - 2