1  ROBERT W. LYONS (CABN 45548)
   IRVIN L. SIMONS (CABN 182082)
2
   LAW OFFICES OF ROBERT W. LYONS
3  295 WEST WINTON AVENUE
   HAYWARD, CA 94544
4  Telephone: 510-782-6161
   Facsimile: 510-782-3519
5

6                      UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8                            SAN JOSE DIVISION
                                                *E-FILED - 12/7/06*
9

10 | UNITED STATES OF AMERICA,        | Case No.: CR 05-00342-RMW
11 |         Plaintiff,               | STIPULATION AND ORDER
   |                                  | RESCHEDULING SENTENCING HEARING
12 |    vs.                           |
13 | DAVID L. GARCIA,                 |
14 |         Defendant.               |

15       IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

16 ordered, that the defendant's sentencing hearing, currently scheduled for Monday, November 27, 2006 at

17 9:00 a.m. be continued and a new sentencing hearing date of Monday, January 8, 2006 at 9:00 a.m. is

18 hereby set.  The reason for this stipulation is because defense counsel has recently learned of an assault

19 that occurred upon the defendant while in custody at the county jail.  There is a dispute as to the

20 culpability between the two defendants in this case, and this information will help to resolve that dispute.

21 Defense counsel has ordered the medical records and the incident report to review.  While defense

22 counsel has received the medical records, we are still awaiting the incident report.

23 ///

24 ///

25 ///

   ///

              STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 1

1

2  It is so stipulated.

3   Dated:  11-20-06                                            ___/s/John Glang_____
                                                                JOHN N. GLANG
4                                                               Assistant United States Attorney
    It is so stipulated.
5
    Dated:  11-20-06.                                           ___/s/ Robert Lyons_____
                                                                ROBERT W. LYONS
6                                                               Attorney for Defendant

7

8  It is so ORDERED:

    Dated:  12/7/06   .                                          /s/ Ronald M. Whyte
9                                                               _____
                                                                RONALD M. WHYTE
10                                                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 2