1  ROBERT W. LYONS (CABN 45548)
   IRVIN L. SIMONS (CABN 182082)
2
   LAW OFFICES OF ROBERT W. LYONS
3  295 WEST WINTON AVENUE
   HAYWARD, CA 94544
4  Telephone:  510-782-6161
   Facsimile:  510-782-3519
5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION
                                                    *E-FILED - 1/18/07*
9

10 | UNITED STATES OF AMERICA,        | Case No.: CR 05-00342-RMW
11 |         Plaintiff,               | STIPULATION AND ORDER
   |                                  | RESCHEDULING SENTENCING HEARING
12 |    vs.                           |
13 | DAVID L. GARCIA,                 |
14 |         Defendant.               |

15       IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

16  ordered, that the defendant's sentencing hearing, currently scheduled for Monday, January 8, 2007 at

17  9:00 a.m. be continued and a new sentencing hearing date of Monday, January 29, 2007 at 9:00 a.m. is

18  hereby set.  The reason for this stipulation is because defense counsel has finally received and reviewed

19  the incident report that was requested for defendant.  Defense counsel does not believe there will be

20  enough time to prepare, file and have the United States Attorney respond prior to the current date.

21  It is so stipulated.

22   Dated:  12-21-06                                   ___/s/John Glang_____
                                                        JOHN N. GLANG
23  It is so stipulated.                                Assistant United States Attorney

24  Dated:  12-21-06.                                   ___/s/ Robert Lyons_____
                                                        ROBERT W. LYONS
25                                                      Attorney for Defendant


             STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 1

1  It is so ORDERED:

2  Dated: 1/18/07 .

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 2