ROBERT W. LYONS (CABN 45548)
IRVIN L. SIMONS (CABN 182082)

LAW OFFICES OF ROBERT W. LYONS
295 WEST WINTON AVENUE
HAYWARD, CA 94544
Telephone: 510-782-6161
Facsimile: 510-782-3519

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/6/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-00342-RMW |
| Plaintiff, | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| vs. | |
| DAVID L. GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, which was scheduled for Monday, January 29, 2007 at 10:00 a.m. be continued and a new sentencing hearing date of Monday, February 12, 2007 at 10:00 a.m. is hereby set.  The reason for this stipulation is because defense counsel was ill on January 29, 2007 and unable to attend the hearing.  After conferring with John Glang, A.U.S.A., both parties have mutually agreed upon the February 12, 2007 sentencing date.

It is so stipulated.

Dated: 1-31-06.                                                                                ___/s/John Glang_____
                                                                                                          JOHN N. GLANG
                                                                                                          Assistant United States Attorney

It is so stipulated.

Dated: 1-31-06.                                                                                ___/s/ Robert Lyons_____
                                                                                                          ROBERT W. LYONS
                                                                                                          Attorney for Defendant

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 1

1  It is so ORDERED:

2  Dated: 2/6/07    .

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25