1 | ROBERT W. LYONS (CABN 45548)
  | IRVIN L. SIMONS (CABN 182082)
2 |
  | LAW OFFICES OF ROBERT W. LYONS
3 | 295 WEST WINTON AVENUE
  | HAYWARD, CA 94544
4 | Telephone:  510-782-6161
  | Facsimile:  510-782-3519
5 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 3/14/07*

| UNITED STATES OF AMERICA, | Case No.: CR 05-00342-RMW |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING |
| vs. | |
| DAVID L. GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the defendant's sentencing hearing, which was scheduled for Monday, February 12, 2007 at 10:00 a.m. be continued and a new sentencing hearing date of Monday, February 22, 2007 at 2:00 p.m. is hereby set.  The reason for this stipulation is because John Glang, A.U.S.A. has become ill as of February 8, 2007 and it is not anticipated he will be well in time for the hearing.

It is so stipulated.

Dated:  2-9-07.                               ___/s/John Glang_____
                                              JOHN N. GLANG
                                              Assistant United States Attorney

It is so stipulated.

Dated:  2-9-07.                               ___/s/ Robert Lyons_____
                                              ROBERT W. LYONS
                                              Attorney for Defendant

It is so ORDERED:

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 1

1  Dated: 3/14/07 .

                                                *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING - 2